# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Natalie L. Miller,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00261-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Todd Ishee, Secretary, North Carolina Department of Adult Correction,** | ) ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2023 Order.

November 9, 2023

Katherine Hord Simon, Clerk
United States District Court